```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

**LACY DAMERON,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO. 1:07-00046**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

### MEMORANDUM OPINION

       By Standing Order entered August 1, 2006, and filed in this case on January 22, 2007, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of Proposed Findings and Recommendation. Magistrate Judge VanDervort submitted his Proposed Findings and Recommendation on January 31, 2007. (Doc. No. 15.) In that Proposed Findings and Recommendation, the magistrate judge recommended that this court 1) deny the plaintiff's motion for judgment on the pleadings, 2) grant the defendant's motion for judgment on the pleadings, and 3) affirm the final decision of the Commissioner and dismiss this case from the court's docket. (Id. at 22.)

       In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Proposed Findings and Recommendation. No party has filed objections within the requisite period, and the failure of any party to file

such objections constitutes a waiver of such party's right to a *de novo* review by this court.  Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140, 155 (1985).

Having reviewed the Proposed Findings and Recommendation filed by the magistrate judge, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **DENIES** the plaintiff's motion for judgment on the pleadings (Doc. No. 12); **GRANTS** the defendant's motion for judgment on the pleadings (Doc. No. 14); and **AFFIRMS** the final decision of the Commissioner.

The Clerk is directed to remove this matter from the court's active docket and to forward a copy of this written Memorandum Opinion to all counsel of record.

It is **SO ORDERED** this 21st day of February, 2008.

ENTER:

*David A. Faber*
David A. Faber
United States District Judge